UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>(1) ALEXIS HIDALGO, a/k/a "P," )<br>a/k/a Papi-T," a/k/a "Papi-Thing," )<br>a/k/a "Light," a/k/a "Frank" )<br>(2) JONATHAN DASILVA, a/k/a "Jerk," )<br>a/k/a "Jerky," a/k/a "Jon-Jon," )<br>a/k/a "The Don,",a/k/a "the Boss" )<br>(3) JOHN ALVES, a/k/a "Purdue," )<br>a/k/a "Polk" )<br>(4) HAMZA AWIL )<br>(5) BENJAMIN BAPTISTA, a/k/a "BJ," )<br>(6) JEREMIA BARBOSA, a/k/a "DeDe" )<br>(7) MAURICE BARNETT, a/k/a "Cali" )<br>(8) JACKSON BARROS, a/k/a "Jab" )<br>a/k/a "Frost, a/k/a "Jack Frost," )<br>(9) MICHAEL BEAL, a/k/a "Dred" )<br>(10) JOSHUA BRANDAO )<br>(11) JULIO COLLAZOS, a/k/a "H" )<br>(12) ILTON CORREIA, a/k/a "Gay Guy,") <br>a/k/a "Ilt" )<br>(13) JERRY CORREIA )<br>(14) LINO CORREIA, a/k/a "Hajj," )<br>a/k/a "LJ," a/k/a "L" )<br>(15) ALEXANDER DASILVA, )<br>a/k/a "Big Face Al" )<br>(16) JOSE DENIS )<br>(17) CARLOS FERNANDES )<br>(18) MOISES FIGUEROA, a/k/a "Mo," )<br>a/k/a "Mizz" )<br>(19) PATRICK GOMES, a/k/a "Pistol" )<br>(20) HAMILTON LOPES, a/k/a "Ham," )<br>a/k/a "Hammi" )<br>(21) LEAKANA OM )<br>(22) NICHOLAS OTEY, a/k/a "Nick," )<br>a/k/a "Bonzy" )<br>(23) RUTH RIVERA-LOPES, )<br>a/k/a "Nu-Nu" )<br>(24) MORRIS ROBINSON )<br>(25) MARTINHO RODRIGUES, )<br>a/k/a "Thoey," a/k/a "Tho" )<br>(26) VICTOR SCOTT, a/k/a "Rel" )<br>(27) DULSILINA TAVARES, a/k/a Duce" ) | 13CR/10017 JLT<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846<br>Conspiracy to Distribute<br>Cocaine Base, Cocaine,<br>Oxycodone and Marijuana<br><br>21 U.S.C. § 841(a)(1)<br>Distribution of Cocaine<br>Base, Cocaine, Oxycodone<br>and Marijuana<br><br>21 U.S.C. § 841(a)(1)<br>Possession of Cocaine<br>Base, Cocaine, Oxycodone<br>and Marijuana With Intent<br>To Distribute<br><br>21 U.S.C. §853<br>Criminal Forfeiture<br><br>18 U.S.C. § 922(g)(1)<br>Felon-in-Possession<br>Of Firearm and Ammunition<br><br>18 U.S.C. § 924(d) and<br>28 U.S.C. § 2461(c)<br>Criminal Forfeiture<br>Allegation<br><br>18 U.S.C. § 2<br>Aiding and Abetting |

```
(28) CARL TAYLOR, a/k/a "D,"           )
a/k/a "Danny"                          )
(29) O'NEIL TAYLOR, a/k/a "Chew"       )
(30) JOHN WEBBE, a/k/a "Jizz"          )
```

## INDICTMENT

<u>COUNT ONE</u>:     (21 U.S.C. § 846 -- Conspiracy To Distribute
                    Cocaine Base, Cocaine, Oxycodone, and Marijuana)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about August 2011, and continuing thereafter until on or about the date of the Indictment, at Boston, Brockton, Cambridge, Chicopee, Malden, Randolph, Wellesley Hills, and elsewhere in the District of Massachusetts, and in the Districts of Connecticut, Maine, and the Northern District of California, and at other places presently unknown:

1) ALEXIS HIDALGO, a/k/a "P", a/k/a "Papi-T," a/k/a "Papi-Thing," a/k/a, "Light," a/k/a "Frank"; (2) JONATHAN DASILVA, a/k/a "Jon-Jon," a/k/a "The Don," a/k/a "Jerk," a/k/a "Jerky," a/k/a "the Boss"; (3) JOHN ALVES, a/k/a "Polk," a/k/a "Purdue"; (4) HAMZA AWIL; (5) BENJAMIN BAPTISTA, a/k/a " BJ," a/k/a "Jazzo"; (6) JEREMIAH BARBOSA, a/k/a "DeDe"; (7) MAURICE BARNETT, a/k/a "Cali"; (8) JACKSON BARROS, a/k/a "Jab," a/k/a "Frost," a/k/a "Jack Frost"; (9) MICHAEL BEAL, a/k/a "Dred"; (10) JOSHUA BRANDAO; (11) JULIO COLLAZOS, a/k/a "H"; (12) ILTON CORREIA, a/k/a "Gay Guy," a/k/a "Ilt"; (13) JERRY CORREIA; (14) LINO CORREIA, a/k/a "Hajj," a/k/a "Li," a/k/a "L"; (15) ALEXANDER DASILVA, a/k/a "Big Face Al"; (16) JOSE DENIS; (17) CARLOS FERNANDES; (18) MOISES FIGUEROA, a/k/a "Moe," a/k/a "Mizz"; (19) PATRICK GOMES, a/k/a "Pistol"; (20) HAMILTON LOPES, a/k/a "Ham," a/k/a "Hammi"; (21) LEAKANA OM; (22) NICHOLAS OTEY, a/k/a "Nick"; a/k/a "Bonzy";(23) RUTH RIVERA-LOPES, a/k/a "Nu-Nu"; (24) MORRIS ROBINSON, a/k/a "Mike";(25) MARTINHO RODRIGUEZ, a/k/a "Thoey," a/k/a "Tho"; (26) VICTOR SCOTT, a/k/a "Rel," a/k/a "Little Jizz"; (27) DULSILINA TAVARES, a/k/a "Duce"; (28) CARL

TAYLOR, a/k/a "D," a/k/a "Danny"; (29) O'NEIL TAYLOR, a/k/a "Chew"; and, (30) JOHN WEBBE, a/k/a "Jizz";

the defendants herein, did knowingly and intentionally conspire and agree together, and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, quantities of cocaine, cocaine base, a Schedule II controlled substance, oxycodone, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 280 grams of a mixture or a substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

The Grand Jury further alleges that the conspiracy described herein involved at least 500 grams of a mixture or a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

The Grand Jury further alleges that the conspiracy described herein involved 100 kilograms or more of a mixture or a substance containing a detectable amount of marijuana, a Schedule I substance in violation of Title 21, United States Code, Section 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section

846.

<u>COUNT TWO</u>:       (21 U.S.C. § 841(a)(1)-Distribution of Marijuana;
              18 U.S.C. §2-Aiding and Abetting)

The Grand Jury further charges that:

On or about August 10, 2011, at Boston, in the District of Massachusetts,

(2) JONATHAN DASILVA, a/k/a "Jon-Jon,"
a/k/a "The Don," a/k/a "Jerk," a/k/a "Jerky," a/k/a "the Boss,"

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute, a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:**  (21 U.S.C. § 841(a)(1)-Distribution of Cocaine Base; 18 U.S.C. §2-Aiding and Abetting)

The Grand Jury further charges that:

On or about August 15, 2011, at Boston, in the District of Massachusetts,

   (1) ALEXIS HIDALGO, a/k/a "P," a/k/a "Papi-T," a/k/a "Papi-Thing," a/k/a, "Light," a/k/a "Frank"; (2)JONATHAN DASILVA, a/k/a "Jon-Jon," a/k/a "The Don," a/k/a "Jerk," a/k/a "Jerky," a/k/a "the Boss"; and, (22) NICHOLAS OTEY, a/k/a "Nick," a/k/a "Bonzy";

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base, a Schedule II controlled substance.

   All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:     (21 U.S.C. § 841(a)(1)-Distribution of Cocaine Base; 18 U.S.C. §2-Aiding and Abetting)

The Grand Jury further charges that:

On or about August 23, 2011, at Boston, in the District of Massachusetts,

    (1) **ALEXIS HIDALGO, a/k/a "P," a/k/a "Papi-T," a/k/a "Papi-Thing," a/k/a, "Light," a/k/a "Frank,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FIVE:**     (21 U.S.C. § 841(a)(1)-Distribution of Cocaine
                    Base; 18 U.S.C. §2-Aiding and Abetting)

The Grand Jury further charges that:

On or about October 25, 2011, at Boston, in the District of Massachusetts,

(20) **HAMILTON LOPES**, a/k/a "Ham," a/k/a "Hammi"; (26) **VICTOR SCOTT**, a/k/a "Rel," a/k/a "Little Jizz"; and, (30) **JOHN WEBBE**, a/k/a "Jizz";

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SIX:**     (21 U.S.C. § 841(a)(1)-Distribution of Cocaine
                   Base; 18 U.S.C. §2-Aiding and Abetting)

The Grand Jury further charges that:

On or about November 25, 2011, at Wellesley Hills, in the District of Massachusetts,

**(18) MOISES FIGUEROA, a/k/a "Moe," a/k/a "Mizz,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SEVEN:**     (21 U.S.C. § 841(a)(1)-Distribution of Marijuana;
              18 U.S.C. § 2-Aiding and Abetting)

The Grand Jury further charges that:

On or about March 28, 2012, at Boston, in the District of Massachusetts,

(12) **ILTON CORREIA**, a/k/a "Gay Guy," a/k/a "Ilt"; and, (3) **JOHN ALVES**, a/k/a "Polk," a/k/a "Purdue,"

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT EIGHT:**    (21 U.S.C. § 841(a)(1)-Distribution of Cocaine
              Base; 18 U.S.C. § 2-Aiding and Abetting)

The Grand Jury further charges that:

On or about September 30, 2012, at Boston, in the District of Massachusetts,

   (10) **JOSHUA BRANDAO**; (26) **VICTOR SCOTT**, a/k/a "Rel," a/k/a
        "Little Jizz"; and, (30) **JOHN WEBBE**, a/k/a "Jizz";

the defendants herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT NINE:**   (21 U.S.C. § 841(a)(1)--Distribution of Oxycodone;
              18 U.S.C. §2-Aiding and Abetting)

The Grand Jury further charges that:

On or about October 10, 2012, at Boston in the District of Massachusetts,

   (2) JONATHAN DASILVA, a/k/a "Jon-Jon," a/k/a "The Don," a/k/a
           "Jerk," a/k/a "Jerky," a/k/a "the Boss,"

the defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT TEN:        (18 U.S.C. § 922(g)(1) -- Felon in Possession of
                  a Firearm and Ammunition; 18 U.S.C. §2-Aiding and
                  Abetting)

The Grand Jury further charges that:

On or about October 23, 2012, at Boston, in the District of Massachusetts,

(2) JONATHAN DASILVA, a/k/a "Jon-Jon," a/k/a "The Don," a/k/a "Jerk," a/k/a "Jerky," a/k/a "the Boss,"; and (16) PATRICK GOMES, a/k/a "Pistol";

the defendants herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Ruger P89 semiautomatic handgun bearing serial number 314-79400 and containing 10 rounds of 9 millimeter ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Counts 1-9 of this Indictment:

1) ALEXIS HIDALGO, a/k/a "P", a/k/a "Papi-T," a/k/a "Papi-Thing," a/k/a, "Light," a/k/a "Frank"; (2) JONATHAN DASILVA, a/k/a "Jon-Jon," a/k/a "The Don," a/k/a "Jerk," a/k/a "Jerky," a/k/a "the Boss,"; (3) JOHN ALVES, a/k/a "Polk," a/k/a "Purdue"; (4) HAMZA AWIL; (5) BENJAMIN BAPTISTA, a/k/a " BJ," a/k/a "Jazzo"; (6) JEREMIAH BARBOSA, a/k/a "DeDe"; (7) MAURICE BARNETT, a/k/a "Cali"; (8) JACKSON BARROS, a/k/a "Jab," a/k/a "Frost," a/k/a "Jack Frost"; (9) MICHAEL BEAL, a/k/a "Dred"; (10) JOSHUA BRANDAO; (11) JULIO COLLAZOS, a/k/a "H"; (12) ILTON CORREIA, a/k/a "Gay Guy," a/k/a "Ilt"; (13) JERRY CORREIA; (14) LINO CORREIA, a/k/a "Hajj," a/k/a "Li," a/k/a "L"; (15) ALEXANDER DASILVA, a/k/a "Big Face Al"; (16) JOSE DENIS; (17) CARLOS FERNANDES;(18) MOISES FIGUEROA, a/k/a "Moe," a/k/a "Mizz"; (19) PATRICK GOMES, a/k/a "Pistol"; (20) HAMILTON LOPES, a/k/a "Ham," a/k/a "Hammi"; (21) LEAKANA OM; (22) NICHOLAS OTEY, a/k/a "Nick," a/k/a "Bonzy,";(23) RUTH RIVERA-LOPES, a/k/a "Nu-Nu"; (24) MORRIS ROBINSON, a/k/a "Mike";(25) MARTINO RODRIGUEZ, a/k/a "Thoey," a/k/a "THO": (26) VICTOR SCOTT, a/k/a "Rel," a/k/a "Little Jizz"; (27) DULSILINA TAVARES, a/k/a "Duce"; (28) CARL TAYLOR, a/k/a "D," a/k/a "Danny"; (29) O'NEIL TAYLOR, a/k/a "Chew"; and, (30) JOHN WEBBE, a/k/a "Jizz";

the defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations , including but not limited to the following:

    (a) $18,800 in United States currency seized on or about August 24, 2012 from Jonathan DaSilva in Boston, Massachusetts.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## GUN FORFEITURE ALLEGATION

## (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count 10 of this Indictment:

> 2) JONATHAN DASILVA, a/k/a "Jon-Jon," a/k/a "The Don," a/k/a "Jerk," a/k/a "Jerky," a/k/a "the Boss"; and, (16) PATRICK GOMES, a/k/a "Pistol";

defendants herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

> (a) a Ruger P89 semiautomatic handgun bearing serial number 314-79400 and containing 10 rounds of 9 millimeter ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
EMILY CUMMINGS
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                January 16, 2013

    Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

@ 2:12 PM
1/16/13